IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN, | 1:08-cv-00381-GSA-PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT (Doc. 49.) |
| vs. | |
| B. JOHNSON, | DEADLINE: MAY 16, 2012 |
| Defendant. | |

Plaintiff, Jawwaad Hasan, is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 13, 2012, defendant Johnson (Defendant) filed a motion for extension of the deadline to file pretrial dispositive motions, pursuant to the Court's order of February 28, 2012.  (Doc. 49.)

Defendant maintains that due to a family emergency, his counsel took a leave of absence, and new counsel, Deputy Attorney General Gregory G. Gomez, was assigned to this case. (Declaration of Gregory G. Gomez, Doc. 49 at ¶2.)  Defendant's new counsel requires additional time to review the case before filing a motion for summary judgment.  Id.   Good cause appearing, the Court shall grant Defendant an extension of time in which to file a motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that Defendant is GRANTED an extension of time until May 16, 2012 in which to file a motion for summary judgment.

IT IS SO ORDERED.

Dated:   April 16, 2012         /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE