Jawwaad Manny Hasan CDCR# H-84717
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696



FILED

MAY 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESENO DIVISION

| | |
|---|---|
| JAWWAAD HASAN,<br><br>            Plaintiff,<br><br>     v.<br><br>B. JOHNSON, et al.,    Defendants. | 1:08-cv-00381 GSA (PC)<br><br>MOTION REQUESTING REOPENING OF DISCOVERY IN ORDER TO PROPERLY RESPOND TO DEFENDANT MOTION FOR SUMMARY JUDGMENT. AND REQUEST ASSISTANCE FROM THE COURT UNDER RULE 56(F) |

TO THE CLERK OF THE COURT AND TO DEFENDANTS.

PLEASE TAKE NOTICE THAT PLAINTIFF, moves this court to reopen discovery under Federal Rule 56 (f). And request assistance from the court that would order prison Officials to let Plaintiff interview witnesses via phone or to make such other order as may be just, that would allow Plaintiff to acquire and submit all the declarations needed to file a properly supported Opposition to Defendant's motion for summary judgment.

Please take further notice that under local Rule 230(I), this motion is submitted on the record without oral arguments, unless ordered by the court.

(1)

## INTRODUCTION

On May 15, 2012, the Defendant, after receiving two (2) grants of continuance move for summary judgment.

Plaintiff has encountered difficulty contacting his witnesses and acquiring other materials that support his version of the facts in support of Opposition for summary Judgment.

### Argument

Prison Officials have made it more difficult by tampering and interfering with Plaintiff's discovery. Plaintiff has previously filed with this court a notice of witness and mail tampering.

Under rule 56(f) the Federal Rule of Civil procedure. The court can deny Defendant's motion for summary judgment. Should it appear from the affidavit from the Plaintiff opposing the motion that Plaintiff cannot for reason stated present by affidavit facts essential to justify Plaintiff's Opposition. The court may refuse the motion for summary judgment or may order a continuance to permit affidavits to be acquired or deposition to be taken or discovery to be had or may make such other orders as is just.

### DECLARATION OF JAWWAAD MANNY HASAN

I, Jawwaad Manny Hasan, declare:

1. I am the Plaintiff in this case.

(2) Since the discovery order issued on April 21, 2011, I have encountered difficulty contacting witness and acquiring other materials from the Defendant, that would support my version of facts.

(2)

(3) Defendant has failed to respond to a motion for production of documents See pages 7 thru 12 of disposition dated Dec 21, 2011, on file with the court.

(4) Since receiving the motion for summary judgment. I have been working diligently to prepare a opposition to summary judgment; however, I need additional discovery in order to acquire declaration from other witnesses.

(5) The witnesses have been difficult to reach due to prison Officials interference.

(6) Plaintiff's motion requesting more discovery and assistance with contacting witness is made in an effort to prepare and file an appropriately supported opposition for summary judgment Pursuant to Federal rule 56(f). This motion is not made for any purpose of harassment or undue delay or for any improper reason, and will not prejudice Defendant.

(7) In order to complete and submit a properly supported opposition for summary judgment, Plaintiff respectfully request that the court reopen discovery and provide assistance with contacting witnesses

(8) I believe that discovery extend until July 18, 2012, coupled with the assistance with contacting witnesses via phone, will enable me to prepare and file a fully supported opposition to summary judgment.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on ~~February~~ May 28, 2012 at Vacaville, California

Jawwaad Manny Hasan
Pro se

(3)

## VERIFICATION
### (C.C.P. §446; §2015.5; 28 U.S.C. §1746)

I, Jawwaad Hasan CDCR# H-84717    declare under the penalty of perjury that: I am the ___Plaintiff___ in the attached matter, I have read the foregoing documents and know the contents thereof, and the same is true of my own personal knowledge, or upon information and belief therein that they are true. That if called to testify as to the contents hereof, I could do so competently as a sworn witness.

Executed this __28__ day of __May__, __2012__ at the California State Prison-Solano, in the City of Vacaville, County of Solano, State of California.

(Signature) _____
Declarant

*********************************************************************

## DECLARATION OF SERVICE BY MAIL
### (C.C.P.§1013(a); §2015.5; 28 U.S.C. §1746)

I, ___Jawwaad Hasan___ declare; That I am a resident of the California State Prison-Solano, in the State of California. I am over the age of (18) years of age, I am [X] am not [ ] a party to the above entitled action. My address is P.O. Box 4000; cell ( __5-116__ ), Vacaville, California 95696-4000.

I served the attached described documentation entitled:

Motion requesting reopening of discovery and motion requesting assistance

from the court under rule 56 (f)

on the person(s)/entities/parties specified below by placing a true and duplicated copy(s) of the described documentation into a First Class Postage Paid envelope and submitted it to custody officials for inspection, sealing, and depositing in the United State Mail, consistent with the "Mailbox Rule": Houston v. Lack, 487 U.S. 266,108 S.Ct. 2379, 101 L.Ed.2d. 245 (1988) at the California State Prison-Solano, in Vacaville, California 95696-4000, addressed as follows:

UNITED STATES DISTRICT COURT Eastern District of California
Divisional Office 2500 Tulare St.#1-500
Fresno, CA 93721

There is First Class mail delivery service by the United States Postal Service at the person(s)/entities/parties addresses and/or regular communications by Postal Service delivery at the addresses above. I declare under the penalty of perjury that the foregoing is true and correct according to my knowledge and beliefs, and that I executed the service on:

This __28__ day of __May__, __2012__

(Signature) _____
Declarant