IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN, | 1:08-cv-00381-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| C/O JOHNSON, | (Motion#58) |
| Defendant. | DEADLINE: JULY 5, 2012 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2012, defendant filed a motion to extend time to file a reply to plaintiff's opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted up to and including July 5, 2012, in which to file a reply to plaintiff's opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **June 28, 2012**          /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE