IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C/O JOHNSON,<br><br>　　　　Defendant.<br>_____/ | 1:08-cv-00381-GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(Motion#58)<br><br>DEADLINE: JULY 5, 2012 |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 27, 2012, defendant filed a motion to extend time to file a reply to plaintiff's opposition to the motion for summary judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Defendant is granted up to and including July 5, 2012, in which to file a reply to plaintiff's opposition to the motion for summary judgment.

　　　IT IS SO ORDERED.

　　　Dated:　**June 28, 2012**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE