1

2

3

4

5

6

7          **IN THE UNITED STATES DISTRICT COURT FOR THE**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10   JAWAD HASAN,                    )      1:08-cv-00381 GSA PC
                                     )
11              Plaintiff,           )      ORDER DIRECTING CLERK TO
                                     )      SERVE RAND NOTICE UPON
12        v.                         )      PLAINTIFF
                                     )
13   B. JOHNSON,                     )      ORDER GRANTING PLAINTIFF
                                     )      LEAVE TO FILE SUPPLEMENTAL
14              Defendant.           )      OPPOSITION TO DEFENDANTS'
     _____ )      MOTION FOR SUMMARY
15                                          JUDGMEMT

16

17

18

19          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  Pending before

the Court is Defendant's motion for summary judgment.  Plaintiff has opposed the motion.

20

21          In their reply to Plaintiff's opposition, Defendants not that Plaintiff has failed to comply

with Local Rule 260(b).  Plaintiff has filed a request to continue the motion until such time as he

22

23   can get a copy of the Local Rules, which he has attempted to do.  The Court will not provide

Plaintiff with a complete set of Local Rules.  The Court will, however, send to Plaintiff a copy of

24

the relevant Local Rule regarding motions for summary judgment.

25

26          The Court will also re-serve Plaintiff with the notice required by <u>Rand v. Rowland</u>, 154

F.3d 952 (9th Cir. 1998), advising Plaintiff of his rights and responsibilities to oppose a motion

27

to dismiss such as that filed by Defendants in this action.   At this juncture, Plaintiff shall be

28

provided with another copy of the Order/Notice.  <u>Woods v. Carey</u>, No. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir.  Jul. 6, 2012).  Plaintiff is advised to immediately review the Order/Notice in its entirety for information pertaining to his supplemental opposition to Defendant's pending motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk shall serve another copy of the Second Informational Order and Summary Judgment Notice (ECF No. 22) upon Plaintiff, for his review.

2.  The Clerk shall send to Plaintiff a copy of Local Rule 260.

3.  Plaintiff is granted thirty days from the date of service of this order in which to file any supplemental opposition to Defendant's motion for summary judgment.  Defendant's reply, if any, is due seven days after the date of filing of the supplemental opposition.

IT IS SO ORDERED.

**Dated:   July 20, 2012**          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2