UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN,<br><br>   Plaintiff,<br><br> vs.<br><br>C/O JOHNSON,<br><br>   Defendant. | 1:08-cv-00381-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO IDENTIFY DECLARANTS<br>(Doc. 88.) |

  Jawwaad Hasan ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This action now proceeds on Plaintiff's original Complaint filed on March 17, 2008, against defendant Correctional Officer B. Johnson ("Defendant") for use of excessive force in violation of the Eighth Amendment.[1]  (Doc. 1.)

  All parties to this action have voluntarily consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the case was assigned to the undersigned to conduct any and all further proceedings in the case, including the trial and entry of a final judgment. (Docs. 7, 14, 26.)

---

[1] On October 20, 2010, the Court dismissed the Doe defendants and Plaintiff's claim based on supervisory liability from this action based on Plaintiff's failure to state a claim. (Doc. 19.)  On February 13, 2012, the Court dismissed Plaintiff's state law claims from this action via Defendant's motion to dismiss. (Doc. 43.)

On January 14, 2013, Plaintiff filed a motion to compel Defendant to further identify the declarants whose declarations were filed in support of Defendant's motion for summary judgment of May 15, 2012. (Doc. 88.) Plaintiff seeks to compel Defendant to provide new declarations showing each declarant's full name, medical license number, address, date, and place of birth. Defendant has not filed an opposition to the motion.

Plaintiff's motion must be denied. The identification of third parties who may possess knowledge or information relevant to the case is a function of the discovery process, and discovery in this action closed on December 21, 2011. Nonetheless, Plaintiff is advised that if this case proceeds to trial, the parties will be required to file pretrial statements containing "[a] list (names and addresses) of all prospective witnesses, whether offered in person or by deposition or interrogatory, designating those who are expert witnesses[, and o]nly witnesses so listed will be permitted to testify at the trial, except as may be otherwise provided in the pretrial order." Local Rule 281(a)(10).

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to compel Defendant to identify declarants is DENIED.

IT IS SO ORDERED.

Dated:   **April 18, 2013**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE