UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>C/O JOHNSON,<br><br>        Defendant. | 1:08-cv-00381-GSA-PC<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>THIRTY-DAY DEADLINE |

**I.    BACKGROUND**

Jawwaad Hasan ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on Plaintiff's original Complaint filed on March 17, 2008, against defendant Correctional Officer B. Johnson ("Defendant") for use of excessive force in violation of the Eighth Amendment.[1] (Doc. 1.)

All parties to this action have voluntarily consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the case was assigned to the undersigned to conduct any and all further proceedings in the case, including the trial and entry of a final judgment. (Docs. 7, 14, 26.)

On April 21, 2011, the Court issued a Discovery/Scheduling Order in this action, establishing a deadline of December 21, 2011, for the parties to conduct discovery, and a deadline of March 1, 2012 for the filing of pretrial dispositive motions. (Doc. 62.) The

---

[1] On October 20, 2010, the Court dismissed the Doe defendants and Plaintiff's claim based on supervisory liability from this action based on Plaintiff's failure to state a claim. (Doc. 19.) On February 13, 2012, the Court dismissed Plaintiff's state law claims from this action via Defendant's motion to dismiss. (Doc. 43.)

deadline for the filing of pretrial dispositive motions was extended to April 16, 2012, and thereafter Defendant was granted a thirty day extension of time to file a motion for summary judgment. (Docs. 46, 50.) On May 15, 2012, Defendant filed a motion for summary judgment, and the motion was denied on April 1, 2013. (Docs. 52, 54, 92.) The pretrial deadlines have now expired. At this stage of the proceedings, the Court ordinarily proceeds to schedule the case for trial.

The Court is able to refer cases for mediation before a participating United States Magistrate Judge. Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California. Plaintiff and Defendant shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[2]

Defendant's counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

## II.  CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff and Defendant shall file a written response to this order.[3]

IT IS SO ORDERED.

Dated:   **April 18, 2013**                              **/s/ Gary S. Austin**

---

[2] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[3] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.

UNITED STATES MAGISTRATE JUDGE