UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>C/O JOHNSON,<br><br>    Defendant. | 1:08-cv-00381-GSA-PC<br><br>ORDER FOR CASE TO PROCEED TO TRIAL |

Jawwaad Hasan ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 17, 2008.  (Doc. 1.)  On April 9, 2013, the court issued an order requiring the parties to file a written response, notifying the court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court. (Doc. 95.)  Based on the responses of the parties, filed on April 29, 2013 and May 20, 2013, it appears to the Court that the parties are not presently positioned to participate in beneficial settlement proceedings.  (Docs. 97, 98.)  Therefore, the Court shall not schedule a settlement conference in this action, and this case shall proceed to trial.

IT IS SO ORDERED.

Dated:   **May 22, 2013**                              **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE