# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.  1:08-cv-0381-MJS<br><br>ORDER CONTINUING JURY TRIAL<br><br>Jury Trial:    01/28/2014, at 8:30 a.m. in Courtroom 6 |

  Plaintiff Jawwaad Hasan ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  It proceeds on Plaintiff's claim that Defendant Johnson used excessive force against him in violation of the Eighth Amendment of the United States Constitution.  (Compl., ECF No. 1.)

  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  The parties have consented to a Magistrate Judge handling all matters in this action.  (ECF No. 7, 26.)

  Due to scheduling conflicts, the jury trial in this matter is CONTINUED to January

28, 2014 at 8:30 a.m. in Courtroom 6 before the Honorable Michael J. Seng.

IT IS SO ORDERED.

Dated:     October 28, 2013                    /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE