# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWWAAD HASAN, | Case No.: 1:08-cv-0381-MJS (PC) |
| Plaintiff, | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| C/O JOHNSON, et al., | |
| Defendants. | |

Consistent with the parties' offer and acceptance under Federal Rule of Civil Procedure 68, the Court hereby enters a JUDGMENT OF DISMISSAL WITH PREJUDICE.'

IT IS SO ORDERED.

Dated:   December 23, 2013            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE